**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-00924-LTB-CBS

CITY AND COUNTY OF DENVER,

        Plaintiff,

v.

DENVER POLICE PROTECTIVE ASSOCIATION,

        Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion for Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(I) (Doc 10 - filed July 16, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE**, each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:  July 17, 2015